IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE D. FLAGG, | ) |
|    Plaintiff, | ) ) ) |
| v. | )   CASE NO. 1:21-CV-770-WHA-CSC ) |
| HOUSTON COUNTY SHERIFF DEPT,. et al., | ) ) ) |
|    Defendants. | ) ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed December 22, 2021 (Doc. 4), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 21st day of January, 2022.

                                               /s/ W. Harold Albritton
                                             UNITED STATES DISTRICT JUDGE